aEE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

OCT 06 2017 EU
10-06-2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Adan Contreras

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Allison Beatty

Dr. A. Encinas

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

1:17-cv-07230
Judge Jorge L. Alonso
Magistrate Judge Sidney I. Schenkier
PC5

**CHECK ONE ONLY:**

__X__      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.      **Plaintiff(s):**

   A.      Name: Adan Contreras

   B.      List all aliases: None

   C.      Prisoner identification number: L-162121

   D.      Place of present confinement: LAKE County Jail

   E.      Address: P.O. Box 38# Whukegan Il. 60079

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.     **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.      Defendant: Allison Beatty

           Title: Medical Administrator

           Place of Employment: Armour HEALTH·LAKE COuNTy JAIL.

   B.      Defendant: Dr. A. Encinas

           Title: Medical Doctor

           Place of Employment: Armour HEALTH·LAKE COuNTy JAIL

   C.      Defendant: _____

           Title: _____

           Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ NONE _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____ NONE _____

D. List all defendants: _____
_____ NONE _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ NONE _____

F. Name of judge to whom case was assigned: _____ NONE _____

G. Basic claim made:_____
_____ NONE _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____ NONE _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I arrived at the LAKE COUNTY JAIL ON 3-20-17. I informed the intake Nurse at that time that I had a Kidney transplant And my doctor At Loyola Hospital have been Conducting C.A.T. scans every year around the month of June, to ensure I do not develope Chncer (white spots) on my Kidney's. I was referred to see the jails doctor who then informed me that this is the Lake County jail Not A Hospital. Dr. A Encinas would only do A blood draw, which Chnnot see visually if white spots appear on my Kidney's. The medical Administrator refused due to the Doctor's recommendation. Also the doctor referred me to see the eye doctor around July 17, 2017 and I was then recommended for surgery to remove Cataracs in my eye. Dr. A. Encinal read the eye doctor's recommendation and forwarded this information to the medical administrater Allison Beatty for approval. But she has wrongfully denied my eye surgery. I was born 12-19-59 My health is declining. I suffer from a Chronic

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

medical condition, my vision is going bad. The Lake county jails medical department is forcing me to function with pain and suffering on a daily basis. They know I'm having pain's in my kidney's but there refusal to order a much needed C.A.T. scan to determine whats medically wrong. They know my eye surgery was recommended by an outside eye doctor for surgery. To deny me proper medical treatment is wrong. I'm in need of help.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

To be compensated for the medical Neglect, And Any relief the court deems fair and Just

**VI.    The plaintiff demands that the case be tried by a jury.**  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

x Signed this _25_ day of _09_ , 20 _17_

x _Adan Contreras_
(Signature of plaintiff or plaintiffs)

_Adan Contreras_
(Print name)

_L-162121_
(I.D. Number)
_P.o. Box 38#_

_waukegan Il. 60079_

(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



PURPLE HEART
FOREVER USA
PURPLE HEART
FOREVER USA
USA Equality FOREVER



Carol Stream IL 60199 601
WED 27 SEP 2017 PM

Adan Contreras
L-162121
P.O. Box 38 #
Waukegan Il.
60079

1:17-cv-07230
Judge Jorge L. Alonso
Magistrate Judge Sidney I. Schenkier
PC5

Clerk of The Courts
UNITED STATES COURT HOUSE
219 South Dearborn St.
Chicago Il. 60604

RECEIVED

OCT - 6 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



10/06/2017-4